**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE District of FLORIDA

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☒ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

FILED INTAKE USBC
JUN 30 '25 AM 10:12

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**  Write the name that is on your government-issued picture identification (for example, your driver's license or passport).  Bring your picture identification to your meeting with the trustee. | First name: DAVID  Middle name: FRANK  Last name: PETRANO  Suffix (Sr., Jr., II, III): | First name: MARY  Middle name: KATHERINE  Last name: DAY PETRANO  Suffix (Sr., Jr., II, III): |
| **2. All other names you have used in the last 8 years**  Include your married or maiden names and any assumed, trade names and *doing business as* names.  Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name: NONE | First name: NONE |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 8088  OR  9 xx - xx - ___ ___ ___ ___ | xxx - xx - 8286  OR  9 xx - xx - ___ ___ ___ ___ |

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 1

Debtor 1  DAVID FRANK PETRANO            Case number (if known) _____
         First Name  Middle Name  Last Name

|                          | About Debtor 1:                                                                                          | About Debtor 2 (Spouse Only in a Joint Case):                                                            |
|--------------------------|----------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------|
| 4. Your Employer Identification Number (EIN), if any. | EIN  82-2894829  <br> EIN _____ | EIN 46-2018780 <br> EIN _____ |

5. Where you live

   2501 SE 143RD WAY
   Number   Street

   STARKE        FL    32091
   City          State  ZIP Code

   U.S.
   County

   If your BUSINESS mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

   118 N WALNUT ST.
   Number   Street

   P.O. Box

   STARKE        FL    32091
   City          State  ZIP Code

   If Debtor 2 lives at a different address:

   2501 SE 143RD WAY
   Number   Street

   STARKE,       FL    32091
   City          State  ZIP Code

   U.S.
   County

   If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

   Number   Street

   P.O. Box

   City          State  ZIP Code

6. Why you are choosing this district to file for bankruptcy

   Check one:
   ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.
   ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

   Check one:
   ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.
   ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1  __DAVID FRANK PETRANO__                    Case number (if known) _____
            First Name   Middle Name   Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☒ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☐ I will pay the entire fee when I file my petition. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☒ I need to pay the fee in installments. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ I request that my fee be waived (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

☐ Yes.  District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY

         District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY

         District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

See attached Statement of Opposition to Case Transfer

☐ No
☒ Yes. Debtor  IN RE DAVID FRANK PETRANO AND MARY KATHERINE DAY PETRANO  Relationship to you _____ 8:14-bk-01368 and
        District  MIDDLE  When 03 2014 Case number, if known 8:14-bk-03348,
                                MM / DD / YYYY
       CHAPTER 13 PLAN COMPLETED          JOINTLY ADMINISTERED UNDER
       DISCHARGE Nov. 5, 2018             CASE No. 8:14-bk-03348-CPM
       Debtor _____ Relationship to you _____

       District _____ When ___/___/_____ Case number, if known _____
                                   MM / DD / YYYY

**11. Do you rent your residence?**

☒ No.  Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  __DAVID FRANK PETRANO__  Case number (if known) _____
            First Name  Middle Name  Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☒ Yes. Name and location of business

__DAVID F. PETRANO, BARBER__
Name of business, if any

__118 N WALNUT ST.__
Number    Street

__STARKE__                __FL__  __32091__
City                      State   ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 __DAVID FRANK PEIRANO__  
First Name  Middle Name  Last Name

Case number (if known) _____

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☒ No  
    ☐ Yes. What is the hazard? _____

    If immediate attention is needed, why is it needed? _____

    Where is the property? _____  
    Number  Street

    _____  
    City    State   ZIP Code

Debtor 1   DAVID FRANK PORANB
           First Name   Middle Name   Last Name

Case number (if known) _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    DAVID FRANK PERANO    Case number (if known) _____
           First Name   Middle Name   Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
   ☐ No
   ☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ David Petrano_          X _/s/ Mary Katherine Day Petrano_
Signature of Debtor 1          Signature of Debtor 2

Executed on  06 30 2025         Executed on  06 30 2025
             MM / DD / YYYY                   MM / DD / YYYY

Debtor 1 __DAVID FRANK PETRANO__   Case number (if known)_____
         First Name   Middle Name   Last Name

| For your attorney, if you are represented by one | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| If you are not represented by an attorney, you do not need to file this page. | ✗ _____    Date _____ |
| | Signature of Attorney for Debtor              MM / DD / YYYY |
| | |
| | Printed name _____ |
| | |
| | Firm name _____ |
| | |
| | Number   Street _____ |
| | _____ |
| | City _____   State _____   ZIP Code _____ |
| | |
| | Contact phone _____   Email address _____ |
| | |
| | Bar number _____   State _____ |

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 8

Debtor 1  **DAVID FRANK PETRANO**
First Name    Middle Name    Last Name

Case number (if known) _____

| For you if you are filing this bankruptcy without an attorney | The law allows you, as an individual, to represent yourself in bankruptcy court, but you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney. |
|---|---|
| If you are represented by an attorney, you do not need to file this page. | To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay. |

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☒ No
☐ Yes. Name of Person_____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X *David F Petrano*                          X *Mary Katherine Day-Petrano*
Signature of Debtor 1                          Signature of Debtor 2

Date  06 30 2025                               Date  06 30 2025
      MM / DD / YYYY                                  MM / DD / YYYY

Contact phone (727) 868-0446                   Contact phone (727) 237-6718

Cell phone  SAME                               Cell phone  SAME

Email address  dpetrano@yahoo.com              Email address  ponyhunterjumper@yahoo.com

Statement of Opposition To Any Case Transfer Due To Medical Condition

I, MARY KATHERINE DAY PETRANO, respectfully submit this statement in opposition to any proposed transfer of this new bankruptcy case from the United States Bankruptcy Court in Jacksonville to the Tampa Division, if this should become an issue.

I was diagnosed at the Mayo Clinic with breast cancer on November 29, 2022 and underwent a double mastectomy and removal of 27 lymph nodes, a very significant change occurring after the discharge was entered on November 5, 2018 in our 2014 bankruptcy cases in Tampa, Florida.

This request is made due to significant personal hardship. I am currently undergoing active treatment for breast cancer to try to prevent a reoccurrence, a serious and ongoing medical condition that severely limits my ability to travel or manage legal proceedings outside of my immediate area. I have been taking a breast cancer medication called Verzenio that has been causing almost every day all day diarrhea and fatigue. Transferring the case to Tampa, which is a substantial distance from my home and medical providers, would impose an undue burden on my health, recovery, and overall well-being, as I am a breast cancer patient at the Mayo Clinic in Jacksonville, Florida.

While I understand that the still open bankruptcy cases were originally filed in the Tampa Division in March 2014, my husband and I successfully completed our Chapter 13 Plan and received a discharge on November 5, 2018. The case has remained open for administrative purposes, and would necessitate a physical transfer of venue.

In light of my ongoing medical condition and the fact that the case is post-discharge, I respectfully request that this new bankruptcy case remain with the Jacksonville Division, where I am able to participate effectively and without compromising my health.

Thank you for your consideration.

Respectfully submitted,

*Mary Katherine Day Petrano*

MARY KATHERINE DAY PETRANO, Debtor Pro Se
2501 SE 143rd Way
Starke, FL 32091
Phone: (727) 237-6778
Email: ponyhunterjumper@yahoo.com

CREDITOR MATRIX

Sunbelt Rentals, Inc.
2015 Director's Row
Orlando, FL 32809
Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038

Joe Birt
A Plus Construction Services of NE FL LLC
5363SE 122nd St.
Starke, FL 32091

AT&T Mobility
Sequium Asset Solutions, LLC
1130 Northchase Parkay, Ste. 150
Marietta, GA 30067

Credit Corp Solutions
for Synchrony Bank/Care Credit
121 W Eection Rd., Ste. 280
Draper, UT 84020

The Bank of Missouri
Aspire
Payment Processing Center
P.O. Box 650832
Dallas, TX 75265-0832

Bradford County Telegraph, Incorporated
131 West Call Street
Starke, FL 32091

John Miller
131 West Call Street
Starke, FL 32091

LexisNexis
Customer Accounting
9443 Springboro Pike
Miamisburg, OH 45342

MediCredit
P.O. Box 505600
St. Louis, MO 63150-5600

Credit Corp Solutions, Inc.
for Synchrony Bank/CareCredit
121 W Election Rd., Ste. 200
Draper, UT 84020

ERC
for Credit One Bank, N.A.
and LVNV Funding LLC
P.O. Box 23870
Jacksonville, FL 32246-3870

Optimum Outcomes, Inc.
For UF Health Physicians
P.O. Box 660943
Dallas, TX 75266-0943

Unfin, Inc.
For Credit One Bank, N.A.
and LVNV Funding LLC
P.O. Box 1608
Skokie, IL 60076-1608

Credit Control LLC
for Credit One Bank, N.A.
and LVNV Funding LLC
3300 Rider Trail S., Ste. 560
Earth City, MO 63045

Jefferson Capital Systems LLC
for Affirm/WalMart
210 14th Ave. E
Sartell, MN 56377

Jefferson Capital Systems LLC
for First Premier Bank
210 14th Ave. E
Sartell, MN 56377

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

Oliver Adjustment Company, Inc.
for Doctor's Radiology Group Gainesville
P.O. Box 500
Baraboo, WI 53913

Morgan Livestock Equipment, Inc.
137 Jerry Walker Rd.
Bowie, TX 76230